# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

KEITH O. DARALL STOKES                                                        PLAINTIFF

v.                             No. 4:12CV00258 JLH

CITY OF LITTLE ROCK; and
LITTLE ROCK POLICE DEPARTMENT                               DEFENDANTS

## ORDER

The Court's attention has been directed to the fact that plaintiff Keith O. Darall Stokes herein is presently proceeding *pro se*.

The purpose of this Order is to direct plaintiff's attention to the fact that plaintiff is required to be familiar and comply with all the Federal Rules of Civil Procedure as well as the Local Rules of this Court. Failure to so comply can result in dismissal of plaintiff's claim.

The Federal Rules of Civil Procedure are available in many libraries and bookstores and the Local Rules can be obtained from the United States District Court Clerk for the Eastern District of Arkansas. Plaintiff is hereby instructed to be familiar and comply with said Rules.

The Clerk of Court is directed to serve this Order on plaintiff by both regular mail and certified mail, return receipt requested.

IT IS SO ORDERED this 22nd day of May, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE